UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| PAMELA SOTO, | Case No. CV-19-013-M-DLC |
|---|---|
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| vs. | |
| KEVIN K. MCALEENAN, ACTING SECRETARY, DEPARTMENT OF HOMELAND SECURITY, TRANSPORTATION SECURITY ADMINISTRATION, | |
| Defendant. | |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED that this matter is DISMISSED WITH PREJUDICE for lack of subject matter jurisdiction.

    Dated this 30th day of September, 2019.

                                    TYLER P. GILMAN, CLERK

                                    By: /s/ Annie Puhrmann
                                    Annie Puhrmann, Deputy Clerk